# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED KAZEROUNI<br><br>PLAINTIFF(S)<br><br>v.<br><br>FEDEX CORP<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:15–cv–00060–CJC–AN<br><br>---<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed          Doc. No.          Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: _January 15, 2015_          By: _/s/ Maria Barr_
                                                          Deputy Clerk