NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Samuel M. Lasser (SBN - 252754)
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.212.9300

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SEYED KAZEROUNI | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:15-cv-00060 |
| v. | |
| FEDEX CORP | CERTIFICATION AND NOTICE |
| | OF INTERESTED PARTIES |
| Defendant(s) | (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff SEYED KAZEROUNI
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Edelson PC | Counsel of Record for Plaintiff |

1/15/2015
Date

/s/ Samuel M. Lasser
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff SEYED KAZEROUNI