AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SEYED KAZEROUNI, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

FEDEX CORP, a Delaware corporation

*Defendant(s)*

Civil Action No. 8:15-cv-00060 CJC (ANx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FedEx Corp
c/o
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel M. Lasser
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 15, 2015

MARIA BARR
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:15-cv-00060

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FedEx Corp.

was received by me on *(date)* 01/23/2015 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amy McLaren, Managing Agent authorized to accept , who is designated by law to accept service of process on behalf of *(name of organization)* FedEx Corp. at Corporation Trust Co., 1209 Orange St., Wilmington, DE 19801 on *(date)* 1/23/2015 at 3:00 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 67.30 for services, for a total of $67.30 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 1/26/2015

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Rd, Suite 16
Wilmington, DE 19810 (302) 429-0657
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action; Notice to Parties to Court-Directed ADR Program; and Class Action Complaint with Demand for Jury Trial