Justin Ross, *pro hac vice*
Aaron T. Cassat, *pro hac vice*
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Building B, 3rd Floor
Memphis, TN 38125
Telephone: 901.434.8477
Facsimile: 901.434.4523
Email: justin.ross@fedex.com
Email: aaron.cassat@fedex.com

Emily C. Pera, Esq. SBN: 290445
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:  (949) 862-4585
Facsimile:   (949) 862-4605
E-mail: emily.pera@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED KAZEROUNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORTATION., a Delaware Corporation<br><br>Defendant. | Case No. 8:15-cv-00060 CJC (ANx)<br>**Honorable Judge Cormac J. Carney**<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**[FRCP 12(b)(6)]**<br><br>Date: April 27, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 9B_ __<br><br>Complaint Filed: January 14, 2015<br>Trial Date:   None |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF

RECORD:

1105041 (60-15108 )                   1
FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No.  8:15-CV-00060-CJC-(ANx)

PLEASE TAKE NOTICE that on April 30, 2015, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 9B of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, 90012-47001, Defendant, Federal Express Corporation will and hereby does move this Court for dismissal of this Class Action under Federal Rule of Civil Procedure 12(b)(6).

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 10, 2015.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support thereof, the papers, records and files in this action, and on such other oral and/or documentary evidence that may be presented at or before the hearing of this matter.

DATED: March13, 2015

> FEDERAL EXPRESS
> CORPORATION
>
> /s/ Justin M. Ross
> Justin Ross, *pro hac vice*
> Aaron T. Cassat, *pro hac vice*
> 3620 Hacks Cross Rd.
> Building B, 3rd Floor
> Memphis, TN 38125
> T: 901.434.8477
> F. 901.434.4523
> Email: justin.ross@fedex.com
> Email: aaron.cassat@fedex.com

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1105041 (60-15108)　　　　2

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 8:15-CV-00060-CJC-AN

# CERTIFICATE OF SERVICE

I am a resident of the State of Tennessee, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 3620 Hacks Cross Road, Building B, 3rd Floor, Memphis, TN 38125.

On March 13, 2015, I served the within document(s):

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**

| | |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below. |
| ☒ | via Court's ECF Filing System. |
| ☐ | by arranging with First Legal Support Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 3620 Hacks Cross Road, Building B, 3rd Floor, Memphis, TN 38125, in accordance with Federal Express Corporation's ordinary business practices. |

**SEE ATTACHED SERVICE LIST**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2015 at Memphis, Tennessee.

                                          s/ Paula D. Cates
                                          Paula D. Cates

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1105041 (60-15108)          3

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 8:15-CV-00060-CJC-AN

## SERVICE LIST

**Samuel M. Lasser**
Edelson PC
1934 Divisadero Street
San Francisco, CA 94115
Attorney for Plaintiff

**Benjamin H. Richman**
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
Attorney for Plaintiff

**Courtney C. Booth**
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
Attorney for Plaintiff

**Rafey S. Balabanian**
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
Attorney for Plaintiff

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1105041 (60-15108)   4
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 8:15-CV-00060-CJC-AN